FILED

09 SEP -1 PM 1:36

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA



IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF



Kieran Markham McCarty - #148555        CV 09 80238 MISC

/

**ORDER TO SHOW CAUSE**

It appearing that Kieran Markham McCarty has been enrolled as an inactive member of the State Bar of California pursuant to Rule 9.31 of the California Rules of Court and that she may not practice law while so enrolled effective July 1, 2009,

**IT IS ORDERED**

That respondent show cause in writing on or before October 1, 2009 as to why she should not be suspended from practice before this Court.

Dated:

VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:

Kieran Markham McCarty
Attorney at Law
2625 Middlefield Road, #129
Palo Alto, CA 94306